**Motion Granted in Part; Order filed July 10, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00941-CV**

_____

—

**HECTOR GAINES BARKLEY, III, Appellant**

**V.**

**TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellee**

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10-CV-3087A**

---

## O R D E R

No reporter's record has been filed in this case. The letter of assignment in this case, filed by the Galveston County District Clerk stated that no court reporter was present in the trial court. On May 22, 2012, appellant was ordered to file a brief with this court on or before June 22, 2012. On May 29, 2012, appellee filed a motion to dismiss for want of prosecution. On June 30, 2012, appellant filed a motion to extend time to file the reporter's record and brief. In his motion, appellant avers that a record is taken and will be filed in this court.

Accordingly, we order appellant to file a reporter's record in this case **within 15 days** of the date of this order. Appellant's brief is due **30 days** after the reporter's record is filed. If no reporter's record is filed, appellant's brief is due on or before **August 15, 2012.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.


PER CURIAM